1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

GENE MINETTI,

8

Plaintiff,

9

v.

10

CITY OF SEATTLE, *et al.*,

11

Defendants.

Case No. C04-5685FDB

ORDER TRANSFERRING CAUSE
OF ACTION TO SEATTLE

12
13      This case, originally filed in Thurston County Superior Court, was removed to the United

14  States District Court at Tacoma.  It appears from Plaintiff's Complaint that this cause of action arose

15  in Seattle.  ACCORDINGLY, IT IS ORDERED: This cause of action is TRANSFERRED to United

16  States District Court at Seattle.

17      DATED this 18th day of May, 2005.

18

19      FRANKLIN D. BURGESS
        UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26  ORDER - 1